Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 8500
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

|  |  |
|---|---|
| David Trammell | ) Chapter 13 )<br>) Case No.: 8:10-bk-18484-TA )<br>) **NOTICE OF UNCLAIMED DIVIDEND**<br>) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301839** in the sum of **$341.87** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  The name and address of the party entitled to said unclaimed dividend is as follows:

```
CHRYSLER FINANCIAL SERVICES
C/O MACDOWELL & ASSOCIATES, LTD.
3636 BIRCH ST, STE 290
NEWPORT BEACH, CA 60018
```

Date: November 25, 2013        __/S/_____
                                Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 1018484 | David Trammell<br>ACCT: 5006 | XXX-XX-3797<br>Claim: 00006 | 341.87 | 0.00 | 341.87 |
| | | TOTALS | 341.87 | 0.00 | 341.87 |

David Trammell

BALANCE: [0.00 33/00006]
SSN: XXX-XX-3797    SSN:
ACCT: 5006    CASE: 1018484
PRINCIPAL:    341.87    INTEREST:    0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0301839

Nov 20, 2013

VOID 90 DAYS FROM DATE

*******$341.87

PAY  Three Hundred Forty One And 87 / 100 Dollars

TO THE ORDER OF   U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑃0301839⑃ ⑆061100790⑆ 0000000575186 2⑃

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES